UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**PALMETTO 241, LLC, CHARLES CISNEROS
AND GRISET CISNEROS,**

      Plaintiffs,                                    CASE NO.: 19-cv-22195-BLOOM/Louis

vs.

**SCOTTSDALE INSURANCE COMPANY,**

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING DEPOSITION
AND DEPOSITION DESIGNATIONS**

      Plaintiffs, PALMETTO 241, LLC, CHARLES CISNEROS, AND GRISET CISNEROS, give notice of their filing the following deposition transcripts and exhibits listed below.

      Sections highlighted yellow in the attached transcripts are designated by the Plaintiffs to be used at trial. Attached to the transcripts are the deposition exhibits as indicated on the exhibit list at the start of each transcript.

      1.      Deposition of Defendant's Underwriting Corporate Representative – Kevin Brown.

Dated: June 29, 2020

                                  Respectfully submitted,

                                  **MORGAN & MORGAN, P.A.**

                             By: /s/ Frederick J. Pye III, Esq.
                                Frederick J. Pye III, Esq.
                                Florida Bar No. 124221
                                fpye@forthepeople.com
                                blargaespada@forthepeople.com
                                703 Waterford Way, Suite 1050
                                Miami, FL 33126
                                (305) 929-1921– Phone
                                (305) 929-1939– Fax
                                *Counsel for Plaintiffs, Palmetto 241, LLC,*
                                *Charles Cisneros, and Griset Cisneros*

**CERTIFICATE OFSERVICE**

   **I HEREBY CERTIFY** that on this 29th day of June, 2020 a true and correct copy of the foregoing has been filed with the Clerk of the Court via the E-Portal which will send electronic notice via email to: **Erin R. Kreiser, Esq.**, The Rock Law Group, 1760 Fennell Street, Maitland, Florida 32751; ekreiser@rocklawpa.com; dnelson@rocklawpa.com; pleadings@rocklawpa.com.

**SERVICE LIST**

Erin R. Kreiser, Esq.
pleadings@rocklawpa.com
arock@rocklawpa.com
ekresier@rocklawpa.com
dnelson@rocklawpa.com
The Rock Law Group, P.A.
1760 Fennell Street,
Maitland, FL  32751
Tele: (407) 647-9881
Fax: (407) 647-9966
Attorneys for Defendant
Scottsdale Insurance Company