Kevin Brown
April 17, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3         CASE NO.:  1:19-cv-22195-BLOOM/Louis

 4    PALMETTO 241 LLC, CHARLES
      CISNEROS AND GRISET CISNEROS,
 5
           Plaintiffs,
 6
      v.
 7
      SCOTTSDALE INSURANCE COMPANY,
 8
           Defendant.
 9    _____/

10

11              VIDEO CONFERENCE DEPOSITION
                           OF
12         UNDERWRITING CORPORATE REPRESENTATIVE
                       KEVIN BROWN
13
                       Pages 1-36
14
        Appearing Remotely from Maricopa County, Florida
15
                     April 17, 2020
16
                  2:03 p.m. - 3:31 p.m.
17

18

19

20

21

22
                  Stenographically Reported By:
23                     Carolina Sandelis
                       Court Reporter
24
        Appearing Remotely from Miami-Dade County, Florida
25
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Kevin Brown
April 17, 2020                                          2

1                           REMOTE APPEARANCES

2     On Behalf of the Plaintiffs:
            MORGAN & MORGAN, P.A.
3           703 NORTHWEST 62ND AVENUE
            SUITE 1000
4           MIAMI, FLORIDA 33126
            (305) 929-1907
5           fpye@forthepeople.com
            BY: FREDERICK JOSEPH PYE, III, ESQUIRE
6
      On Behalf of the Defendant:
7           THE ROCK LAW GROUP, P.A.
            1760 FENNELL STREET
8           MAITLAND, FLORIDA 32751
            (407) 647-9881
9           ekreiser@rocklawpa.com
            BY: ERIN KREISER, ESQUIRE
10
                         INDEX OF PROCEEDINGS
11
      Video Conference Deposition of Kevin Brown        Page
12

13    Direct Examination by Mr. Pye                          4
      Cross-Examination by Ms. Kreiser                     28
      Redirect Examination by Mr. Pye                      29
14    Certificate of Oath                                  33
      Certificate of Reporter                              34
15    Witness Notification Letter                          35
      Errata Sheet                                         36
16
                         PLAINTIFF'S EXHIBITS
17
       No.                     Description          Page
18     1                       Third Notice of Taking   6
                               Deposition
19     2                       Certified Policy        11
       3                       Dwelling Fire           15
20                             Application

21
                         DEFENDANT'S EXHIBITS
22                       (No Exhibits Marked)

23

24

25

```
1        REPORTED REMOTELY FROM MIAMI-DADE COUNTY, FLORIDA

2                    APRIL 17, 2020 2:03 P.M.

3            THE COURT REPORTER:  The attorneys

4        participating in this deposition acknowledge that I

5        am not physically present in the deposition room and

6        that I will be reporting this deposition remotely.

7        They further acknowledge that, in lieu of an oath

8        administered in person, I will administer the oath

9        remotely.  This arrangement is pursuant to the

10       Florida Supreme Court Administrative Order No.

11       AOSC-20-16.  The parties and their counsel consent to

12       this arrangement and waive any objections to this

13       manner of reporting.

14           Please indicate your agreement by stating your

15       name and your agreement on the record.

16           THE WITNESS:  Kevin Brown.  Yes, I agree.

17           MR. PYE:  And Frederick Pye, counsel on behalf

18       of the Plaintiffs and I also agree.

19           MS. KREISER:  This is Erin Kreiser.  I agree.

20                         * * * * *

21           Video Conference Deposition taken before

22   Carolina Sandelis, Stenographic Reporter and Notary

23   Public, in and for the State of Florida at Large in the

24   above cause.

25                         * * * * *
```

1          THE COURT REPORTER:  Do you swear or affirm the

2     testimony you are about to give will be the truth,

3     the whole truth, and nothing but the truth?

4          THE WITNESS:  I do.

5   Thereupon,

6                    KEVIN BROWN,

7   having been first duly sworn, was examined and testified

8   as follows:

9                    DIRECT EXAMINATION

10  BY MR. PYE:

11     Q.   All right.  Good afternoon.  My name is

12  Fredrick Pye.  I'm the attorney appearing on behalf of

13  Palmetto 241 in this matter to conduct a deposition.

14          Mr. Brown, my first question is:  Have you ever

15  given a deposition before?

16     A.   I don't believe I have.  If I have, it's been a

17  long, long time.

18     Q.   Okay.  And I'm just going to give you a little

19  bit of a refresher.  And, also, given the fact that we're

20  taking this as a teleconference, the ground rules are

21  even more pertinent today.

22          First, please wait until I finish my question

23  before you start providing your answers.  That's for the

24  benefit of the court reporter.  And, you know, there may

25  be a little bit of lag because of the teleconference.  So

Kevin Brown
April 17, 2020                                    5

```
 1   if you could give a couple of seconds to make sure that

 2   the video is going through.

 3          Second, please make sure you speak clearly and

 4   verbalize your answers.  Avoid nonverbal gestures, such

 5   as head nods for obvious reasons.  Again, this is for the

 6   benefit of the court reporter.

 7          If at any time you don't understand any of

 8   questions, please let me know, or feel free -- I will go

 9   ahead and rephrase or repeat the question.

10          Also, if you need to take a break, just let us

11   know.  We'll go ahead and take a break.  The only caveat

12   is that if there's a question pending, I ask that you

13   answer the question and then we'll go ahead and take that

14   break.

15          Okay?

16      A.   Okay.

17      Q.   Can you please state and spell your full name

18   for the record?

19      A.   Yes.  Kevin Brown.  K-E-V-I-N; B-R-O-W-N.

20      Q.   Okay.  So I sent everybody a PDF of the

21   exhibits this afternoon.  And the PDF documents are Bates

22   stamped.  And that is a little red number in the bottom

23   right corner.  And that's just to help everybody as we

24   move through the documents that way we could be on the

25   same page.
```

Kevin Brown
April 17, 2020                                        6

1           All right?

2      A.   Okay.

3           MR. PYE:  Now, Madam Court Reporter, if you can

4      refer to the document that's Bates stamped 1 through

5      5.

6           THE COURT REPORTER:  Okay.

7           MR. PYE:  And mark those as Exhibit Number 1.

8           (Plaintiff's Exhibit Number 1, was marked for

9       identification.)

10  BY MR. PYE:

11     Q.   And Mr. Brown and Ms. Kreiser, if you can just

12  review those documents, and cue me in and let me know

13  when you had an opportunity to do so.

14          MS. KREISER:  I've got it here.

15          And Fred, I'll let you know if there's a

16     document I can't open or I'm having trouble with just

17     so I don't interrupt your deposition.

18          MR. PYE:  Got it.  Thank you.

19          THE WITNESS:  Okay.

20  BY MR. PYE:

21     Q.   Okay.  Mr. Brown, the document that we've

22  entered as Exhibit 1 is the Notice of Deposition.  This

23  notice has attached to it a Schedule A, which describes

24  the areas of inquiry in which we requested a corporate

25  representative to appear on behalf of Scottsdale.

Kevin Brown
April 17, 2020                                    7

```
 1              Have you reviewed the Schedule A areas of
 2   inquiry?
 3        A.   Yeah, I just looked at it.
 4        Q.   Okay.  So there are six topics listed in the
 5   areas of inquiry.
 6              Do you believe that you are prepared to testify
 7   regarding these areas of inquiry this afternoon?
 8        A.   I'm prepared to testify for it.  I just don't
 9   know that I'll have any information on it.
10        Q.   Okay.  And what specific areas do you think you
11   may not have information regarding?
12        A.   Okay.  So in 2017, I believe, when the policy
13   was issued, I was not the underwriter for the office.
14   The girl who was is no longer with the company.
15        Q.   Okay.  And who is that person?  Who's that
16   girl?
17        A.   Her name was Carrie Abramowicz.
18        Q.   And can you spell that for the record?
19        A.   C-A-R-R-I-E; A-B-R-A-M-O-W-I-C-Z, I believe.
20        Q.   Okay.  And when did she leave Scottsdale?
21        A.   I would guess November of 2018.
22        Q.   Okay.  So is there documentation that would
23   help you, if you reviewed it, to be able to better
24   testify regarding the issues described in the areas of
25   inquiry?
```

Kevin Brown
April 17, 2020                                            8

```
 1        A.   So we give our general agents certain

 2   authority.  If anything falls outside of that authority,

 3   they refer it to us.  Probably most of the information in

 4   these six points are in the agent's office and in their

 5   possession.

 6        Q.   Okay.  Who is that agent?

 7        A.   The agent is -- I believe it's RPS.  RPS in

 8   Fort Lauderdale.

 9        Q.   Okay.  Does this move into this area of -- this

10   document attached to the notice, this is Schedule B's

11   documents request.  Now, Ms. Kreiser has provided the

12   information, I believe, that you do have.  And that

13   being, obviously, the policy and a dwelling fire

14   application in connection with the policy.

15             Is there any other documents requested in this

16   Schedule B that you have not been sent over?

17        A.   I can check in our system real quick.  Hold on.

18             Other than the claim documents, there's

19   nothing.

20        Q.   Okay.  So there's no pre-policy inspection

21   report or -- strike that.

22             Are there any pre-policy inspection reports

23   contained in the file?

24        A.   There are not.  Not on our end.  They may be in

25   the agent's office.
```

Kevin Brown
April 17, 2020                                    9

1        Q.   Okay.  Is there any applications for prior

2   policies issued at 241 Palmetto Drive in Miami Springs,

3   Florida?

4        A.   There is an application in here.  I assume it

5   was in the documents that you have as well.

6        Q.   Okay.  Is that application in connection with

7   the policy providing coverage for 2017 to 2018?

8        A.   It is.  Yes.

9        Q.   Okay.  Do you have any policy applications for

10  prior policies?

11       A.   No, that's the one we have.

12       Q.   Okay.  All right.  So do you know if there were

13  any policies of insurance issued by Scottsdale for

14  coverage to the property at 241 Palmetto Drive, Miami

15  Springs, Florida for 2016 through 2017?

16       A.   I do not know of one and there's not one

17  connected to this policy.  But that doesn't mean one

18  doesn't exist.  If there was, like, a prior policy

19  number, I could look it up.

20       Q.   Okay.  Do you know of a prior policy issued by

21  Scottsdale for coverage at this property for 2015

22  through 2016?

23       A.   I just did a search for 241 Palmetto LLC, and I

24  did come up with a policy for 2015 and 2016.  It looks

25  like it's two separate policy numbers.

Kevin Brown
April 17, 2020                                   10

```
 1            THE COURT REPORTER:  Mr. Brown, did you say
 2       2015 and 2016?
 3            THE WITNESS:  Yeah.  I found those.
 4            THE COURT REPORTER:  Okay.
 5  BY MR. PYE:
 6       Q.   Okay.  So --
 7       A.   I believe.  I'm opening to make sure it's the
 8  same location.
 9       Q.   Okay.
10       A.   Do you know the location address by any chance?
11       Q.   Yes.  The property address is 241 Palmetto,
12  P-A-L-M-E-T-T-O, Drive, in Miami Springs, Florida.
13       A.   Okay.  It looks like it was under Palmetton,
14  P-A-L-M-E-T-T-O-N; 241 LLC.
15       Q.   Did you check that one out?
16       A.   The named insured on this one is Palmetton 241
17  LLC.
18       Q.   Okay.  And what is the coverage period for that
19  policy?
20       A.   3/3/2015 to 3/3/2016.
21       Q.   Okay.  So at one point we'll probably take a
22  break.  I ask that you go ahead and send that to
23  Ms. Kreiser so that she can forward it to me.
24       A.   Okay.
25       Q.   And were you able or did you locate a prior
```

Kevin Brown
April 17, 2020                                          11

1    policy at this address issued by Scottsdale for the

2    period 2016 through 2017?

3         A.   I believe so.  Yes.  Yes, I did.  It looks like

4    3/11/2016 to 3/9/2017.  It's under another separate

5    policy number.

6         Q.   And I ask that you please send that to

7    Ms. Kreiser as well.

8              And these documents that you're finding, are

9    they policy with applications?

10        A.   The one that's just the policy.  There's

11   another one just with an endorsement.  A policy and an

12   endorsement for a change in the producer name and the

13   named insured from Palmetton to Palmetto.

14             So I can send those documents over to Erin.

15        Q.   Please do.  Thank you.

16             MR. PYE:  Okay.  If we could -- Madam Court

17        Reporter, the documents -- the six documents Bates

18        stamped 6 through 79 --

19             THE COURT REPORTER:  Okay.

20             MR. PYE:  -- and mark those as Exhibit Number

21        2.

22             (Plaintiff's Exhibit Number 2 was marked for

23        identification.)

24             THE COURT REPORTER:  Okay.

25

Kevin Brown
April 17, 2020                                              12

```
 1    BY MR. PYE:
 2         Q.   And, Mr. Brown, if you can let me know when
 3    you've had an opportunity to review any of those
 4    documents Bates stamped 6 through 79.  It is a certified
 5    copy of the policy issued by Scottsdale for the address
 6    we just discussed.  The period between April 12, 2017
 7    through April 12, 2018.
 8         A.   I've quickly gone through that.
 9         Q.   Okay.  And we'll keep it contained to the -- if
10    you want to go to the document Bates stamped 14, which is
11    the declarations page of the policy.  We're not going to
12    be looking at any policy language today.
13         A.   Okay.
14         Q.   Okay.  And this is a policy issued by
15    Scottsdale Insurance Company; is that correct?
16         A.   Correct.
17         Q.   The policy number is DFS1239756; right?
18         A.   Correct.
19         Q.   And the insured's location there are two parts.
20              The first is the front 241 Palmetto Drive,
21    Miami Springs, Florida; is that correct?
22         A.   Correct.
23         Q.   And there's a rear, which I believe is a small
24    cottage in the back also located at 241 Palmetto Drive,
25    Miami Springs, Florida; correct?
```

Kevin Brown
April 17, 2020                                    13

```
 1          A.   Correct.

 2          Q.   And what is the policy period for this policy

 3   of insurance?

 4          A.   April 12, 2017 to April 12th, 2018.

 5          Q.   Is this the last policy of insurance issued by

 6   Scottsdale for this property?

 7          A.   Again, let me check real quick.

 8               Yeah.  That's the last one I show under this

 9   name.

10          Q.   Okay.  And this is a new policy of insurance;

11   right?

12          A.   How do you mean "a new policy of insurance"?

13          Q.   Was this a renewal policy or a newly issued

14   policy?

15          A.   It is a renewal of the other two that I had

16   told you about earlier.

17          Q.   Okay.  The reason I ask -- go ahead.

18          A.   I was just going to say both with different

19   policy numbers.  Actually, now that I'm looking at it,

20   there may have been a lapse in coverage.  So it could be

21   considered a new policy because the other one -- the

22   prior policy term of March 9th, 2016 to March 9th, 2017.

23          Q.   Okay.  And if I could direct you to the page

24   Bates stamped 14.  Again, the policy declaration page to

25   the top left-hand corner where renewal of number I
```

Kevin Brown
April 17, 2020                                    14

1    believe it says, "New," is that correct?

2         A.   Correct.

3         Q.   And is this policy number different than these

4    two other policies you had mentioned earlier?

5         A.   Yes.

6         Q.   Do you have any reason to believe that is not a

7    new policy?

8         A.   It's kind of a technicality.  It could be

9    considered a new policy since there was a lapse in

10   coverage.

11        Q.   Uh-huh.

12        A.   So I'm not sure how to answer that question.

13   But there were two prior policies.  But it's the same

14   location.

15        Q.   Okay.  And from an underwriting perspective,

16   what actions did Scottsdale take in actually issuing this

17   policy?

18        A.   None that I'm aware of.

19        Q.   What's that?

20        A.   None that I'm aware of.

21        Q.   Okay.  So let me rephrase that.

22             Did Scottsdale receive an application of

23   insurance for this policy?

24        A.   No.  That is handled in RPS's office.  They use

25   our system to quote and issue and bind the policy.

Kevin Brown
April 17, 2020                                            15

```
 1        Q.    And who is RPS Fort Lauderdale?

 2        A.    I believe it's Risk Placement Services.

 3        Q.    Okay.  And are they an authorized agent of

 4   Scottsdale Insurance Company?

 5        A.    They are, yes.

 6        Q.    Okay.  Did RPS of Fort Lauderdale receive an

 7   application for insurance prior to issuing policy number

 8   DFS1239756?

 9             MS. KREISER:  Object to form.

10             You can go ahead if you know.

11             THE WITNESS:  I'm sorry?

12             MS. KREISER:  You can go ahead.

13             THE WITNESS:  Okay.  I am not aware.  It would

14        be in their office, but it is a requirement.

15   BY MR. PYE:

16        Q.    How did Scottsdale come to issue this policy?

17        A.    As I said, it's issued on our system, which is

18   in their office.

19        Q.    Okay.  So let's --

20             MR. PYE:  Madam Court Reporter, if we can refer

21        to the documents Bates stamped 80 through 96 and mark

22        those as Exhibit Number 3.

23             (Plaintiff's Exhibit Number 3 was marked for

24        identification.)

25
```

Kevin Brown
April 17, 2020                                    16

```
 1   BY MR. PYE:
 2        Q.   And, Mr. Brown, if you can just let me know
 3   when you've had an opportunity to review Exhibit 3,
 4   which, again, is a document Bates stamped 80 through 96.
 5        A.   Okay.  I've had a chance to review.
 6        Q.   Okay.  Have you seen these documents before?
 7        A.   I have not -- I'm sorry?
 8        Q.   No, I didn't catch what you said last.
 9        A.   Oh, I just said I got them when Erin sent me
10   those PDFs.  That was it.
11        Q.   And what are these documents?
12        A.   This is an application for insurance.
13        Q.   Okay.  Are these the application for insurance
14   connected to Policy Number DFS1239756?
15        A.   Yes.
16        Q.   Okay.  Are you aware of what date this
17   application was submitted to RPS of Fort Lauderdale?
18        A.   Not other than the date in the upper right
19   corner of document 80.
20        Q.   Okay.  And that is April 25th, 2017; correct?
21        A.   Correct.
22        Q.   And what date was the Policy Number DFS1239756
23   issued by Scottsdale?
24        A.   So according to the documents you sent me, it's
25   document number 15 shows an effective date of April 12th.
```

Kevin Brown
April 17, 2020                                    17

 1    But it looks like it was issued on May 2nd, 2017.

 2         Q.    Okay.  And, again, that document which is

 3    Exhibit Number 2 is a certified copy of Policy Number

 4    DFS1239756; right?

 5         A.    Correct.

 6         Q.    Okay.  And referring back to Exhibit Number 3,

 7    specifically the page Bates stamped 80, which is the

 8    first page of the dwelling fire application.

 9              What is the named insured listed on the

10    application?

11         A.    Palmetton 241 LLC.

12         Q.    Okay.  If we can go to page Bates stamped 14,

13    which we were on a little bit earlier, which is the first

14    page of the dwelling policy declaration.

15              What is the named insured listed on the policy

16    declaration?

17         A.    241 Palmetto LLC.

18         Q.    Okay.  So who actually types out or creates a

19    policy before it's issued by Scottsdale?

20              MS. KREISER:  Objection to form.

21              Go ahead.

22              Sorry.  You can go ahead.

23              THE WITNESS:  I can go ahead?

24              MS. KREISER:  Yes, if you know.

25              THE WITNESS:  RPS in Fort Lauderdale would

Kevin Brown
April 17, 2020                                    18

```
 1        input that information.
 2   BY MR. PYE:
 3        Q.   And do you have any documentation regarding who
 4   physically at RPS Fort Lauderdale created this Policy
 5   Number DFS1239756?
 6        A.   I believe I know who it is from the initials at
 7   the bottom.
 8             Would you like me to speculate or guess.
 9        Q.   Well, I don't want you to do any speculating.
10   You see some initials at the bottom of what, the policy?
11        A.   On Page 14 that you documented, you'll see an
12   issue date of May 2nd, 2017.
13        Q.   Okay.
14        A.   And there's initials next to it, A-D-R-I.
15        Q.   Okay.
16        A.   I believe I know who that is at that office,
17   but I don't know what F-T-F-L is.
18        Q.   Okay.  Is there a specific person at that
19   office who issues policies for Scottsdale often and uses
20   those initials?
21        A.   Yes.
22        Q.   Okay.  Who is that person?
23        A.   Her name is Adrianna Rivera.
24        Q.   And how do you spell that?
25        A.   I believe it's A-D-R-I-A-N-N-A. Rivera,
```

Kevin Brown
April 17, 2020                          19

```
 1   R-I-V-E-R-A.
 2        Q.   Okay.  And so there is a discrepancy between
 3   the named insured that's listed on the application and
 4   the named insured that's listed on the first page of the
 5   policy declaration; right?
 6        A.   It appears so.  Yes.
 7        Q.   And are you aware how that discrepancy
 8   happened?
 9        A.   No.
10        Q.   Okay.  But in general, it would be somebody at
11   RPS Fort Lauderdale who would take an application, and
12   then type up and create a policy to be issued on behalf
13   of Scottsdale?
14             MS. KREISER:  Object to form.
15             You can go ahead.
16             THE WITNESS:  I'm sorry, should I answer that?
17             MS. KREISER:  Sorry.  Just really quick.  Sorry
18        for interrupting.
19             I may occasionally object to the form of a
20        question, but you can go ahead and answer it unless I
21        instruct you otherwise.  So please go ahead.
22             THE WITNESS:  Okay.  Yes, RPS would input it
23        probably based on information from the insurance
24        agent.
25   BY MR. PYE:
```

Kevin Brown
April 17, 2020                              20

1       Q.   Okay.  And what type of information from the

2  insurance agent?

3       A.   I mean, they can speak over the phone.  They

4  have a business relationship, which we don't have one

5  with the insurance agent.  So Dopazo and Associates, I

6  assume, they had spoken with them.

7       Q.   Would they use the dwelling fire application?

8            MS. KREISER:  Object to form.

9            You can go ahead.

10            THE WITNESS:  They would.  I mean, it's

11       possible they could send them the dwelling fire

12       application then follow up with a phone call or an

13       e-mail.  I don't know.

14  BY MR. PYE:

15       Q.   Okay.  And what is the purpose of the dwelling

16  fire application?

17            MS. KREISER:  Object to form.

18            You can go ahead.

19            THE WITNESS:  Just gives us where the agent

20       information to quote and issue a policy.

21  BY MR. PYE:

22       Q.   And to obtain other information such as the

23  insured location; is that right?

24       A.   Correct.

25       Q.   And, also, the named insured; is that also

Kevin Brown
April 17, 2020                                21

1  correct?

2        A.   Yes.

3        Q.   Does anyone at Scottsdale review a policy

4  before it's issued?

5        A.   Only if it's outside of the agent's authority.

6        Q.   Okay.  And what specific authority do RPS in

7  Fort Lauderdale have?

8             MS. KREISER:  Object to form.

9             You can go ahead.

10             THE WITNESS:  There's too many to name.

11             There's loss history.  There's the value amount

12        and prior bankruptcies.  There's many.

13  BY MR. PYE:

14        Q.   Okay.  And those are specific things that RPS

15  of Fort Lauderdale is tasked with reviewing prior to

16  issuing a policy; right?

17             MS. KREISER:  Object to form.

18             You can go ahead.

19             THE WITNESS:  That's correct.

20  BY MR. PYE:

21        Q.   Okay.  But is RPS Fort Lauderdale tasked with

22  receiving the premium?

23        A.   Yes.

24        Q.   Okay.  Are they tasked with -- I mean, we kind

25  of spoke about this roundabout.

Kevin Brown
April 17, 2020                          22

```
 1              Are they tasked with issuing the actual policy?
 2      A.   Yes.
 3      Q.   And are they also tasked with providing a quote
        for the premium?
 4
 5      A.   Yes.
 6              MR. PYE:  Okay.  Erin, can we take a small
 7      break and go off the record?
 8              MS. KREISER:  Of course.
 9              MR. PYE:  And Erin, if you could just get those
10      couple of documents that Mr. Brown was speaking about
11      early in the deposition and send them over to me?
12              MS. KREISER:  Yeah.  No problem.
13              I haven't received those yet, Kevin, if you can
14      send those when you get a chance?
15              THE WITNESS:  Yeah.
16              MS. KREISER:  Okay.  Perfect.  Thank you.
17              MR. PYE:  Why don't we take a break and maybe
18      during that time we can get those documents.
19              Mr. Brown, if you need a couple more minutes
20      because you are doing something in the time of this
21      break, that will be fine as well.
22              THE WITNESS:  That's fine.  I shouldn't need
23      too much time.
24              (A brief recess was taken from 2:51 p.m. to
25      3:09 p.m.)
```

Kevin Brown
April 17, 2020                                    23

1

2    BY MR. PYE:

3        Q.   Okay.  Mr. Brown, how much was the premium to

4    be paid for Policy Number DFS1239756?

5        A.   According to the dec page you provided,

6    $3,631.10.

7        Q.   Okay.  And based on Scottsdale's underwriting

8    protocol, is that generally the premium that's paid to

9    Scottsdale?

10           MS. KREISER:  Object to form.

11           You can go ahead.

12           THE WITNESS:  To be honest, I don't believe so.

13       There's some fees that they charge.

14   BY MR. PYE:

15       Q.   And by "they" you mean Scottsdale?

16       A.   By "they" I mean RPS.

17       Q.   Okay.  So typically that number will be a

18   little bit higher after RPS adds its fees?

19       A.   So we would collect a little less than that, I

20   would assume, because they collect the policy fee of $35.

21   And I'm not sure if they collect these other fees or if

22   we do.

23       Q.   Okay.  So what you meant was generally

24   Scottsdale doesn't receive the full amount of $3,631.10

25   because of fees paid to RPS of Fort Lauderdale?

Kevin Brown
April 17, 2020                                          24

```
1         A.    A fee is collected by RPS Fort Lauderdale for

2    the policy fee and then the second fee which they pay

3    for.

4         Q.    Okay.  But how much is collected from the

5    insureds?

6         A.    The full amount.

7         Q.    As reflected on the policy declaration page,

8    like the number on Page 14, the Bates stamped 14,

9    $3,631.10?

10        A.    Yes.  That would be the total due by the

11   insured.

12        Q.    Okay.  And for this policy, was Scottsdale paid

13   that premium of $3,631.10 for Policy Number DFS1239756?

14             MS. KREISER:  Object to form.

15             You can go ahead.

16             THE WITNESS:  I don't know.

17   BY MR. PYE:

18        Q.    Okay.  Is there any way to find out if

19   Scottsdale was paid a premium for this policy?

20        A.    It would be handled in our accounting

21   department.  If we didn't receive it, I would assume it

22   would have been canceled for nonpayment.

23        Q.    That was my next question.

24             Do you have any reason to believe that a

25   premium was not paid for this policy?
```

Kevin Brown
April 17, 2020                                    25

1          A.    I do not.

2          Q.    Okay.  And who made payments of the premium to

3    Scottsdale for Policy Number DFS1239756?

4              MS. KREISER:  Object to form.

5              You can go ahead.

6              THE WITNESS:  I believe the insurance agent

7         would pay RPS who would pay us.

8    BY MR. PYE:

9          Q.    And what was Scottsdale's intent in issuing

10   Policy Number DFS1239756?

11             MS. KREISER:  Object to form.

12             You can go ahead.

13             THE WITNESS:  I don't know how to answer that.

14             To provide insurance for the insured.

15   BY MR. PYE:

16        Q.    Yeah, let me rephrase it.

17             Does Scottsdale intend to provide insurance

18   coverage for the property located at 241 Palmetto Drive,

19   Miami Springs, Florida in exchange for a premium?

20             MS. KREISER:  Object to form.

21             You can go ahead.

22             THE WITNESS:  Yes.

23   BY MR. PYE:

24        Q.    And did Scottsdale intend to issue this policy

25   of insurance to the owner of the property located at 241

Kevin Brown
April 17, 2020                                    26

1    Palmetto Drive, Miami Springs, Florida?

2                MS. KREISER:  Object to form.

3                You can go ahead.

4                THE WITNESS:  Yes.

5    BY MR. PYE:

6        Q.   And did Scottsdale intend to provide an

7    insurable interest in the property located at 241

8    Palmetto Drive, Miami Springs, Florida in exchange for a

9    premium?

10               MS. KREISER:  Object to form.

11               You can go ahead.

12               THE WITNESS:  Yes.

13   BY MR. PYE:

14       Q.   Did Scottsdale complete any underwriting

15   inspections prior to the issuance of the policy?

16       A.   Not that I'm aware of.

17       Q.   Are underwriting inspections one of the tasks

18   that RPS performs on behalf of Scottsdale?

19       A.   Yes.

20       Q.   Okay.  So if there was an underwriting

21   inspection, it would have been facilitated by RPS in Fort

22   Lauderdale?

23       A.   Correct.

24       Q.   Okay.  But as of today's date, you don't have

25   any documentation or information regarding an inspection

Kevin Brown
April 17, 2020                                    27

1   prior to the issuance of the policy?

2        A.   We do not, no.  And they're actually conducted

3   after issuance of the policy.

4        Q.   Do you have any documentation regarding any

5   inspection for underwriting issued after the -- inspected

6   after the issuance of the policy?

7        A.   No.

8        Q.   Are there any other tasks that I haven't

9   discussed that RPS of Fort Lauderdale completed on behalf

10  of Scottsdale in connection with this policy?

11       A.   I don't believe so.

12       Q.   Are there any other tasks that anyone at

13  Scottsdale, in terms of underwriting, completed prior to

14  issuing this policy?

15       A.   Not that I'm aware of.

16            MR. PYE:  Okay.  Erin, I'm going to take one or

17       two minutes here to review my notes and then I'll

18       hand it over to you.

19            Okay?

20            MS. KREISER:  Perfect.

21            MR. PYE:  Okay.  I have no further questions.

22            Okay.  Erin, do you have any questions?

23            MS. KREISER:  Just a couple of quick follow

24       ups.

25

Kevin Brown
April 17, 2020                                  28

```
 1                    CROSS-EXAMINATION
 2    BY MS. KREISER:
 3        Q.   Mr. Brown, do you know what specific tasks
 4    RPN [sic] performed in this case?
 5        A.   RPS.
 6        Q.   RPS, I'm sorry.
 7        A.   Specific tasks as far as?
 8        Q.   Anything they did in this case.
 9        A.   Well, they quoted, bound, issued the policy.
10    They collected the premium from the insurance agent.
11    They probably ordered an inspection, I would assume.  And
12    received the signed application.
13             I don't know beyond that.  There could be more.
14        Q.   Okay.  And I think you mentioned there was a
15    brief lapse between the 2015 to 2016, and the 2016 to
16    2017 policy; is that right?
17        A.   I believe it was between the '16 and '17
18    policy.
19        Q.   Okay.  And do you know the reason for the brief
20    lapse?
21        A.   I do not.  No.
22        Q.   When did the policy holder's name change from
23    Palmetton to Palmetto?  During which policy periods?
24        A.   I believe it was correct on the '16 to '17
25    term.  But incorrect on the '15 to '16 term.
```

1      Q.   Do you have any personal knowledge regarding

2  how or why the name changed from Palmetton to Palmetto?

3      A.   I do not.  But, actually, I just saw the

4  endorsement to change the name here on the '15 to '16

5  term.  And that looks like it was processed on June 29,

6  2016.

7           MS. KREISER:  Okay.  All right.  I don't think

8      I have anything further for you unless counsel does.

9           MR. PYE:  Yeah.  I have a quick couple of

10      follow ups.

11                     REDIRECT EXAMINATION

12  BY MR. PYE:

13      Q.   So we already discussed this, but I just want

14  to reiterate the dwelling fire application, which is

15  Exhibit Number 3 dated April 25, 2017.

16           The named insured on that application is

17  Palmetton 241 LLC; right?

18           MS. KREISER:  Object to form.

19           You can go ahead.

20           THE WITNESS:  What's the document number on

21      that?

22  BY MR. PYE:

23      Q.   Yeah.  So if we go through our document stack,

24  it is Bates stamped 80.  But I mean, marked as Exhibit

25  Number 3 to this deposition.

Kevin Brown
April 17, 2020                              30

```
 1              It's titled dwelling fire application.

 2      A.    Correct.  It shows Palmetton 241 LLC.

 3      Q.    And the date on that is April 25, 2017; right?

 4            MS. KREISER:  Object to form.

 5            You can go ahead.

 6            THE WITNESS:  That's correct.

 7  BY MR. PYE:

 8      Q.    And, again, Scottsdale accepted premiums in

 9  exchange for an insurable interest at the property

10  located at 241 Palmetto Drive in Miami Springs; right?

11            MS. KREISER:  Object to form.

12            You can go ahead.

13            THE WITNESS:  Correct.

14  BY MR. PYE:

15      Q.    Their intent was to provide insurance coverage

16  to the owner of this property; right?

17            MS. KREISER:  Object to form.

18            You can go ahead.

19            THE WITNESS:  Right.

20  BY MR. PYE:

21      Q.    Okay.  And you have no reason to believe that

22  Scottsdale did not receive the premiums; right?

23            MS. KREISER:  Object to form.

24            You can go ahead.

25            THE WITNESS:  Correct.
```

Kevin Brown
April 17, 2020                                      31

```
 1   BY MR. PYE:
 2        Q.   And do you have any reason to believe that
 3   Scottsdale returned the premiums?
 4        A.   I do not, no.
 5        Q.   Okay.  In fact, the fact that the policy was
 6   issued and not canceled would indicated that Scottsdale
 7   did receive the premiums; right?
 8             MS. KREISER:  Object to form.
 9             You can go ahead.
10             THE WITNESS:  Correct.
11             MR. PYE:  Okay.  I have no further questions.
12             MS. KREISER:  I don't have anything further.
13             Mr. Brown, if this transcript is ordered, you
14        have the opportunity to read that written out
15        transcript and make sure that everything is accurate.
16             For instance, if you said blue and somebody
17        accidently wrote down red, you have the ability to
18        change that.  Or you can waive that right and you
19        don't have to read it.
20             I generally recommend that you do read, but
21        it's up to you.  I just need you to say read or
22        waive.
23             THE WITNESS:  Read.
24             THE COURT REPORTER:  Okay.  And you're holding
25        off?
```

Kevin Brown
April 17, 2020                                              32

1           MR. PYE:  Okay.  We're holding off for now.

2           THE COURT REPORTER:  Okay.

3           MR. PYE:  We'll e-mail and obviously you have

4      the exhibits; right?

5           THE COURT REPORTER:  Yes.

6           The remaining pages you're not marking; right?

7           MR. PYE:  We're not marking.

8           THE COURT REPORTER:  Okay.  Perfect.  Thank

9      you.

10           (Reading and signing of this video conference

11   deposition was not waived.)

12           (This video conference deposition was concluded

13   at 3:31 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE OF OATH

2
    STATE OF FLORIDA              )
3   COUNTY OF MIAMI-DADE          )

4

5

6
            I, Carolina Sandelis, Stenographic Reporter,
7   Notary Public, State of Florida, certify that Kevin Brown
    remotely appeared before me on the 17th day of April,
8   2020, and was duly sworn.

9

10

11
            Signed this 26th day of June 2020.
12

13

14

15
    _____
16  Carolina Sandelis
    Notary Public, State of Florida
17  Commission No.:  GG 910132
    Commission Expires:  September 4, 2023
18

19

20

21

22

23

24

25

Kevin Brown
April 17, 2020                                    34

```
1                      CERTIFICATE OF REPORTER

2      STATE OF FLORIDA             )
       COUNTY OF MIAMI-DADE         )
3

4

5
               I, CAROLINA SANDELIS, Stenographic Reporter, do
6      hereby certify that I was authorized to and did
       stenographically report the video conference deposition
7      of Kevin Brown; that a review of the transcript WAS
       requested; and that the foregoing transcript, pages 1
8      through 32, is a true record of my stenographic notes.

9              I FURTHER CERTIFY that I am not a relative,
       employee, attorney, or counsel of any of the parties, nor
10     am I a relative or employee of any of the parties'
       attorneys or counsel connected with the action, nor am I
11     financially interested in the action.

12

13             Dated this 26th day of June, 2020.

14

15

16

17     _____

18              Carolina Sandelis
                Court Reporter

19

20

21

22

23

24

25
```

```
 1                  WITNESS NOTIFICATION LETTER

 2     06/26/2020

 3     Kevin Brown
       c/o Erin Kreiser, Esq.
 4     The Rock Law Group, P.A.
       1760 Fennell Street
 5     Maitland, Florida 32751

 6     IN RE: Palmetto 241, LLC (Charles Cisneros) vs.
               Scottsdale Ins. Co.
 7             Video Conference Deposition, taken on 04/17/2020
               U.S. Legal Support Job No. 2137047
 8
       The transcript of the above proceeding is now available
 9     for your review.

10     Please call to schedule an appointment between the hours
       of:  9:00 a.m. and 4:00 p.m., Monday through Friday, at a
11     U.S. Legal Support office located nearest you.

12
       Please complete your review within 30 days.
13

14
       Sincerely,
15

16
       Carolina Sandelis
17     U.S. Legal Support, Inc.
       One Southeast Third Avenue, Suite 1250
18     Miami, Florida 33131
       (305) 373-8404
19

20

21

22

23
       CC via transcript:
24     Frederick J. Pye, III, Esq., 703 Northwest 62nd Avenue,
       Suite 1000, Miami, Florida 33126
25
```

Kevin Brown
April 17, 2020                                                    36

1                              ERRATA SHEET

2          DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES ON THIS
                                    PAGE
3
              In RE:  Case No. 1:19-cv-22195-BLOOM/Louis
4                              Kevin Brown
                               04/17/2020
5                     U.S. Legal Job No. 2137047

6      Page No.        Line No.          Change              Reason

7      _____

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     Under penalties of perjury, I declare that I have read the
       foregoing document and that the facts stated in it are
23     true.

24     _____          _____
            DATE                               KEVIN BROWN
25

**$**

**$3,631.10**
  23:6,24 24:9,
  13
**$35**   23:20

**1**

**1**   6:4,7,8,22
**12**   12:6,7
  13:4
**12th**   13:4
  16:25
**14**   12:10
  13:24 17:12
  18:11 24:8
**15**   16:25
  28:25 29:4
**16**   28:17,24,
  25 29:4
**17**   3:2 28:17,
  24

**2**

**2**   11:21,22
  17:3
**2015**   9:21,24
  10:2 28:15
**2016**   9:15,22,
  24 10:2 11:2
  13:22 28:15
  29:6
**2017**   7:12
  9:7,15 11:2
  12:6 13:4,22
  16:20 17:1
  18:12 28:16
  29:15 30:3
**2018**   7:21 9:7
  12:7 13:4
**2020**   3:2
**241**   4:13 9:2,
  14,23 10:11,
  14,16 12:20,

**24**   17:11,17
  25:18,25 26:7
  29:17 30:2,10
**25**   29:15 30:3
**25th**   16:20
**29**   29:5
**2:03**   3:2
**2:51**   22:24
**2nd**   17:1
  18:12

**3**

**3**   15:22,23
  16:3 17:6
  29:15,25
**3/11/2016**
  11:4
**3/3/2015**
  10:20
**3/3/2016**
  10:20
**3/9/2017**   11:4
**3:09**   22:25
**3:31**   32:13

**5**

**5**   6:5

**6**

**6**   11:18 12:4
  12:5

**7**

**79**   11:18 12:4

**8**

**80**   15:21
  16:4,19 17:7
  29:24

**9**

**96**   15:21 16:4
**9th**   13:22

**A**

A-B-R-A-M-O-W-
  I-C-Z   7:19
A-D-R-I   18:14
A-D-R-I-A-N-N-
  A   18:25
**ability**   31:17
**able**   7:23
  10:25
**about**   4:2
  13:16 21:25
  22:10
**above**   3:24
**Abramowicz**
  7:17
**accepted**   30:8
**accidently**
  31:17
**according**
  16:24 23:5
**accounting**
  24:20
**accurate**
  31:15
**acknowledge**
  3:4,7
**actions**   14:16
**actual**   22:1
**actually**
  13:19 14:16
  17:18 27:2
  29:3
**address**
  10:10,11 11:1
  12:5
**adds**   23:18
**administer**
  3:8
**administered**

  3:8
**Administrative**
  3:10
**Adrianna**
  18:23
**affirm**   4:1
**after**   23:18
  27:3,5,6
**afternoon**
  4:11 5:21 7:7
**again**   5:5
  13:7,24 16:4
  17:2 30:8
**agent**   8:6,7
  15:3 19:24
  20:2,5,19
  25:6 28:10
**agent's**   8:4,
  25 21:5
**agents**   8:1
**agree**   3:16,
  18,19
**agreement**
  3:14,15
**ahead**   5:9,11,
  13 10:22
  13:17 15:10,
  12 17:21,22,
  23 19:15,20,
  21 20:9,18
  21:9,18 23:11
  24:15 25:5,
  12,21 26:3,11
  29:19 30:5,
  12,18,24 31:9
**All**   4:11 6:1
  9:12 29:7
**already**   29:13
**also**   3:18
  4:19 5:10
  12:24 20:25
  22:3
**am**   3:5 15:13
**amount**   21:11
  23:24 24:6
**and**   3:5,11,
  12,15,17,18,

22,23 4:3,7,
18,19,24 5:3,
9,11,13,17,
21,22,23 6:7,
11,12,15
7:10,15,18,20
8:4,12,13
9:16,23,24
10:2,18,22,25
11:6,8,11,12,
20 12:2,9,14,
19,23 13:2,
10,23 14:3,
15,25 15:1,3,
21 16:2,11,
20,22 17:2,6
18:3,14,19,24
19:2,3,7,11,
12,20 20:1,5,
15,20,22,25
21:6,12,14
22:3,7,9,11,
17 23:7,15,21
24:2,12 25:2,
9,24 26:6
27:2,17
28:11,14,15,
17,19 29:5
30:3,8,21
31:2,6,15,16,
18,24 32:3,10

**another**  11:4,
11

**answer**  5:13
14:12 19:16,
20 25:13

**answers**  4:23
5:4

**any**  3:12 5:7
7:9 8:15,22
9:1,9,13
10:10 12:3,12
14:6 18:3,9
24:18,24
26:14,25
27:4,8,12,22
29:1 31:2

**anyone**  21:3
27:12

**anything**  8:2
28:8 29:8
31:12

**AOSC-20-16**
3:11

**appear**  6:25

**appearing**
4:12

**appears**  19:6

**application**
8:14 9:4,6
14:22 15:7
16:12,13,17
17:8,10 19:3,
11 20:7,12,16
28:12 29:14,
16 30:1

**applications**
9:1,9 11:9

**April**  3:2
12:6,7 13:4
16:20,25
29:15 30:3

**are**  4:2,20
5:21 7:4,6
8:4,22,24
11:8 12:19
15:3,5 16:11,
13,16 19:7
21:14,24
22:1,3,20
26:17 27:8,12

**area**  8:9

**areas**  6:24
7:1,5,7,10,24

**arrangement**
3:9,12

**as**  4:8,20
5:5,23 6:7,22
9:5 11:7,20
15:17,22
20:22 22:21
24:7 26:24
28:7 29:24

**ask**  5:12
10:22 11:6
13:17

**Associates**
20:5

**assume**  9:4
20:6 23:20
24:21 28:11

**at**  3:23 5:7
7:3 9:2,14,21
10:21 11:1
12:12,24
13:19 18:4,6,
10,16,18
19:10 21:3
25:18,25 26:7
27:12 30:9,10
32:13

**attached**  6:23
8:10

**attorney**  4:12

**attorneys**  3:3

**authority**  8:2
21:5,6

**authorized**
15:3

**Avoid**  5:4

**aware**  14:18,
20 15:13
16:16 19:7
26:16 27:15

---

## B

**B's**  8:10

**B-R-O-W-N**
5:19

**back**  12:24
17:6

**bankruptcies**
21:12

**based**  19:23
23:7

**Bates**  5:21
6:4 11:17
12:4,10 13:24
15:21 16:4
17:7,12 24:8
29:24

**because**  4:25

13:21 22:20
23:20,25

**been**  4:7,16
8:16 13:20
24:22 26:21

**before**  3:21
4:15,23 16:6
17:19 21:4

**behalf**  3:17
4:12 6:25
19:12 26:18
27:9

**being**  8:13

**believe**  4:16
7:6,12,19
8:7,12 10:7
11:3 12:23
14:1,6 15:2
18:6,16,25
23:12 24:24
25:6 27:11
28:17,24
30:21 31:2

**benefit**  4:24
5:6

**better**  7:23

**between**  12:6
19:2 28:15,17

**beyond**  28:13

**bind**  14:25

**bit**  4:19,25
17:13 23:18

**blue**  31:16

**both**  13:18

**bottom**  5:22
18:7,10

**bound**  28:9

**break**  5:10,
11,14 10:22
22:7,17,21

**brief**  22:24
28:15,19

**Brown**  3:16
4:6,14 5:19
6:11,21 10:1
12:2 16:2
22:10,19 23:3

28:3 31:13
**business**   20:4
**but**   4:3 9:17
14:13 15:14
17:1 18:17
19:10,20
21:21 24:4
26:24 28:25
29:3,13,24
31:20
**by**   3:14 4:10
6:10,20 9:13,
20 10:5,10
11:1 12:1,5,
14 13:5 15:15
16:1,23 17:19
18:2 19:25
20:14,21
21:13,20
23:2,14,15,16
24:1,10,17
25:8,15,23
26:5,13,21
28:2 29:12,22
30:7,14,20
31:1

---

**C**

**C-A-R-R-I-E**
7:19
**call**   20:12
**can**   5:17 6:3,
11 7:18 8:17
10:23 11:14
12:2 15:10,
12,20 16:2
17:12,22,23
19:15,20
20:3,9,18
21:9,18 22:6,
13,18 23:11
24:15 25:5,
12,21 26:3,11
29:19 30:5,
12,18,24
31:9,18

**can't**   6:16
**canceled**
24:22 31:6
**Carolina**   3:22
**Carrie**   7:17
**case**   28:4,8
**catch**   16:8
**cause**   3:24
**caveat**   5:11
**certain**   8:1
**certified**
12:4 17:3
**chance**   10:10
16:5 22:14
**change**   11:12
28:22 29:4
31:18
**changed**   29:2
**charge**   23:13
**check**   8:17
10:15 13:7
**claim**   8:18
**clearly**   5:3
**collect**
23:19,20,21
**collected**
24:1,4 28:10
**come**   9:24
15:16
**company**   7:14
12:15 15:4
**complete**
26:14
**completed**
27:9,13
**concluded**
32:12
**conduct**   4:13
**conducted**
27:2
**conference**
3:21 32:10,12
**connected**
9:17 16:14
**connection**
8:14 9:6

27:10
**consent**   3:11
**considered**
13:21 14:9
**contained**
8:23 12:9
**copy**   12:5
17:3
**corner**   5:23
13:25 16:19
**corporate**
6:24
**correct**
12:15,16,18,
21,22,25 13:1
14:1,2 16:20,
21 17:5 20:24
21:1,19 26:23
28:24 30:2,6,
13,25 31:10
**cottage**   12:24
**could**   5:1,24
9:19 11:16
13:20,23 14:8
20:11 22:9
28:13
**counsel**   3:11,
17 29:8
**COUNTY**   3:1
**couple**   5:1
22:10,19
27:23 29:9
**course**   22:8
**court**   3:3,10
4:1,24 5:6
6:3,6 10:1,4
11:16,19,24
15:20 31:24
32:2,5,8
**coverage**   9:7,
14,21 10:18
13:20 14:10
25:18 30:15
**create**   19:12
**created**   18:4
**creates**   17:18

**CROSS-
EXAMINATION**
28:1
**cue**   6:12

---

**D**

**date**   16:16,
18,22,25
18:12 26:24
30:3
**dated**   29:15
**dec**   23:5
**declaration**
13:24 17:14,
16 19:5 24:7
**declarations**
12:11
**department**
24:21
**deposition**
3:4,5,6,21
4:13,15 6:17,
22 22:11
29:25 32:11,
12
**described**
7:24
**describes**
6:23
**DFS1239756**
12:17 15:8
16:14,22 17:4
18:5 23:4
24:13 25:3,10
**did**   7:20
9:23,24 10:1,
15,25 11:3
14:16,22
15:6,16 25:24
26:6,14 28:8,
22 30:22 31:7
**didn't**   16:8
24:21
**different**
13:18 14:3
**direct**   4:9
13:23

discrepancy
  19:2,7
discussed
  12:6 27:9
  29:13
do  4:1,4 6:13
  7:6,10 8:12
  9:9,12,16,20
  10:10 11:15
  13:12 14:6
  18:3,9,24
  21:6 23:22
  24:24 25:1
  27:2,4,22
  28:3,19,21
  29:1,3 31:2,
  4,20
document  6:4,
  16,21 8:10
  12:10 16:4,
  19,25 17:2
  29:20,23
documentation
  7:22 18:3
  26:25 27:4
documented
  18:11
documents
  5:21,24 6:12
  8:11,15,18
  9:5 11:8,14,
  17 12:4 15:21
  16:6,11,24
  22:10,18
does  8:9 21:3
  25:17 29:8
doesn't  9:17,
  18 23:24
doing  22:20
don't  4:16
  5:7 6:17 7:8
  18:9,17 20:4,
  13 22:17
  23:12 24:16
  25:13 26:24
  27:11 28:13
  29:7 31:12,19

Dopazo  20:5
down  31:17
Drive  9:2,14
  10:12 12:20,
  24 25:18
  26:1,8 30:10
due  24:10
duly  4:7
during  22:18
  28:23
dwelling  8:13
  17:8,14 20:7,
  11,15 29:14
  30:1

─────────────
          E

e-mail  20:13
  32:3
earlier  13:16
  14:4 17:13
early  22:11
effective
  16:25
end  8:24
endorsement
  11:11,12 29:4
entered  6:22
Erin  3:19
  11:14 16:9
  22:6,9 27:16,
  22
even  4:21
ever  4:14
everybody
  5:20,23
everything
  31:15
EXAMINATION
  4:9 29:11
examined  4:7
exchange
  25:19 26:8
  30:9
Exhibit  6:7,
  8,22 11:20,22
  15:22,23 16:3

17:3,6 29:15,
24
exhibits  5:21
32:4
exist  9:18

─────────────
          F

F-T-F-L  18:17
facilitated
  26:21
fact  4:19
  31:5
falls  8:2
far  28:7
fee  23:20
  24:1,2
feel  5:8
fees  23:13,
  18,21,25
file  8:23
find  24:18
finding  11:8
fine  22:21,22
finish  4:22
fire  8:13
  17:8 20:7,11,
  16 29:14 30:1
first  4:7,14,
  22 12:20
  17:8,13 19:4
Florida  3:1,
  10,23 9:3,15
  10:12 12:21,
  25 25:19
  26:1,8
follow  20:12
  27:23 29:10
follows  4:8
for  3:23 4:23
  5:5,18 6:8
  7:8,13,18
  9:1,7,9,13,
  15,21,23,24
  10:18 11:1,
  12,22 12:5
  13:2,6 14:23

15:7,23
16:12,13
18:19 19:18
22:4 23:4
24:1,3,12,13,
19,22,25
25:3,14,18,19
26:8 27:5
28:19 29:8
30:9 31:16
32:1
form  15:9
  17:20 19:14,
  19 20:8,17
  21:8,17 23:10
  24:14 25:4,
  11,20 26:2,10
  29:18 30:4,
  11,17,23 31:8
Fort  8:8
  15:1,6 16:17
  17:25 18:4
  19:11 21:7,
  15,21 23:25
  24:1 26:21
  27:9
forward  10:23
found  10:3
Fred  6:15
Frederick
  3:17
Fredrick  4:12
free  5:8
from  3:1
  11:13 14:15
  18:6 19:23
  20:1 22:24
  24:4 28:10,22
  29:2
front  12:20
full  5:17
  23:24 24:6
further  3:7
  27:21 29:8
  31:11,12

**G**

general 8:1
 19:10
generally
 23:8,23 31:20
gestures 5:4
get 22:9,14,
 18
girl 7:14,16
give 4:2,18
 5:1 8:1
given 4:15,19
gives 20:19
go 5:8,11,13
 10:22 12:10
 13:17 15:10,
 12 17:12,21,
 22,23 19:15,
 20,21 20:9,18
 21:9,18 22:7
 23:11 24:15
 25:5,12,21
 26:3,11
 29:19,23
 30:5,12,18,24
 31:9
going 4:18
 5:2 12:11
 13:18 27:16
gone 12:8
Good 4:11
got 6:14,18
 16:9
ground 4:20
guess 7:21
 18:8

**H**

had 6:13 12:3
 13:15 14:4
 16:3,5 20:6
hand 27:18
handled 14:24
 24:20

happened 19:8
has 6:23 8:11
have 4:14,16
 7:1,9,11
 8:12,16 9:5,
 9,11 13:20
 14:6 16:6,7
 18:3 20:4
 21:7 24:22,24
 26:21,24
 27:4,21,22
 29:1,8,9
 30:21 31:2,
 11,12,14,17,
 19 32:3
haven't 22:13
 27:8
having 4:7
 6:16
head 5:5
help 5:23
 7:23
Her 7:17
 18:23
here 6:14 9:4
 27:17 29:4
higher 23:18
history 21:11
Hold 8:17
holder's
 28:22
holding 31:24
 32:1
honest 23:12
how 13:12
 14:12 15:16
 18:24 19:7
 23:3 24:4
 25:13 29:2

**I**

I'LL 6:15 7:9
 27:17
I'M 4:12,18
 6:16 7:8 10:7
 13:19 14:12,

18,20 15:11
 16:7 19:16
 23:21 26:16
 27:15,16 28:6
I'VE 6:14
 12:8 16:5
identification
 6:9 11:23
 15:24
if 4:16 5:1,
 7,10,12 6:3,
 11,15 7:23
 8:2 9:12,18
 11:16 12:2,9
 13:23 15:10,
 20 16:2
 17:12,24 21:5
 22:9,13,19
 23:21 24:18,
 21 26:20
 29:23 31:13,
 16
in 3:4,5,7,8,
 23 4:13 5:22
 6:12,24 7:4,
 12,24 8:3,4,
 7,14,15,17,
 23,24 9:2,4,
 5,6 10:12
 11:12 12:24
 13:20 14:9,
 16,24 15:14,
 18 16:18
 17:25 19:10
 21:6 22:11,20
 24:20 25:9,19
 26:7,8,21
 27:10,13
 28:4,8 30:8,
 10 31:5
incorrect
 28:25
indicate 3:14
indicated
 31:6
information
 7:9,11 8:3,12
 18:1 19:23
 20:1,20,22

26:25
initials
 18:6,10,14,20
input 18:1
 19:22
inquiry 6:24
 7:2,5,7,25
inspected
 27:5
inspection
 8:20,22
 26:21,25 27:5
 28:11
inspections
 26:15,17
instance
 31:16
instruct
 19:21
insurable
 26:7 30:9
insurance
 9:13 12:15
 13:3,5,10,12
 14:23 15:4,7
 16:12,13
 19:23 20:2,5
 25:6,14,17,25
 28:10 30:15
insured 10:16
 11:13 17:9,15
 19:3,4 20:23,
 25 24:11
 25:14 29:16
insured's
 12:19
insureds 24:5
intend 25:17,
 24 26:6
intent 25:9
 30:15
interest 26:7
 30:9
interrupt
 6:17
interrupting
 19:18

into   8:9
is   3:9,19
  4:11,14 5:2,
  5,12,22 6:22
  7:14,15,22
  8:6,7,10,15
  9:1,4,6,8
  10:11,16,18
  12:4,10,14,
  15,17,20,21,
  23 13:2,5,10,
  15 14:1,3,6,
  24 15:1,14,17
  16:4,12,20
  17:2,3,7,9,
  13,15 18:6,
  16,17,18,22,
  23 19:2
  20:15,23,25
  21:15,21 23:8
  24:1,4,18
  28:16 29:14,
  16,24 30:3
  31:13,15
issuance
  26:15 27:1,3,
  6
issue   14:25
  15:16 18:12
  20:20 25:24
issued   7:13
  9:2,13,20
  11:1 12:5,14
  13:5,13 15:17
  16:23 17:1,19
  19:12 21:4
  27:5 28:9
  31:6
issues   7:24
  18:19
issuing   14:16
  15:7 21:16
  22:1 25:9
  27:14
it   6:14,18,23
  7:3,8,9,23
  8:3 9:4,8,19,
  24 10:13,23
  11:3 12:4,9

13:15,19,20
14:1,8 15:13,
14 16:10 17:1
18:6,14 19:6,
10,20,22
24:20,21
25:16 26:21
27:18 28:17,
24 29:5,24
30:2 31:19
it's   4:16 8:7
  9:25 10:7
  11:4 14:8,13
  15:2,17 16:24
  17:19 18:25
  20:10 21:4,5
  30:1 31:21
its   23:18

---

### J

June   29:5
just   4:18
  5:10,23 6:11,
  16 7:3,8 9:23
  11:10,11 12:6
  13:18 16:2,9
  19:17 20:19
  22:9 27:23
  29:3,13 31:21

---

### K

K-E-V-I-N
  5:19
keep   12:9
Kevin   3:16
  4:6 5:19
  22:13
kind   14:8
  21:24
know   4:24
  5:8,11 6:12,
  15 7:9 9:12,
  16,20 10:10
  12:2 15:10
  16:2 17:24
  18:6,16,17

20:13 24:16
25:13 28:3,
13,19
knowledge
  29:1
Kreiser   3:19
  6:11,14 8:11
  10:23 11:7
  15:9,12
  17:20,24
  19:14,17
  20:8,17 21:8,
  17 22:8,12,16
  23:10 24:14
  25:4,11,20
  26:2,10
  27:20,23 28:2
  29:7,18 30:4,
  11,17,23
  31:8,12

---

### L

lag   4:25
language
  12:12
lapse   13:20
  14:9 28:15,20
Large   3:23
last   13:5,8
  16:8
Lauderdale
  8:8 15:1,6
  16:17 17:25
  18:4 19:11
  21:7,15,21
  23:25 24:1
  26:22 27:9
leave   7:20
left-hand
  13:25
less   23:19
let   5:8,10
  6:12,15 12:2
  13:7 14:21
  16:2 25:16
let's   15:19

lieu   3:7
like   9:18,25
  10:13 11:3
  17:1 18:8
  24:8 29:5
listed   7:4
  17:9,15 19:3,
  4
little   4:18,
  25 5:22 17:13
  23:18,19
LLC   9:23
  10:14,17
  17:11,17
  29:17 30:2
locate   10:25
located   12:24
  25:18,25 26:7
  30:10
location
  10:8,10 12:19
  14:14 20:23
long   4:17
longer   7:14
look   9:19
looked   7:3
looking   12:12
  13:19
looks   9:24
  10:13 11:3
  17:1 29:5
loss   21:11

---

### M

Madam   6:3
  11:16 15:20
made   25:2
make   5:1,3
  10:7 31:15
manner   3:13
many   21:10,12
March   13:22
mark   6:7
  11:20 15:21
marked   6:8
  11:22 15:23

29:24
**marking** 32:6, 7
**matter** 4:13
**may** 4:24 7:11 8:24 13:20 17:1 18:12 19:19
**maybe** 22:17
**me** 5:8 6:12 10:23 12:2 13:7 14:21 16:2,9,24 18:8 22:11 25:16
**mean** 9:17 13:12 20:3,10 21:24 23:15, 16 29:24
**meant** 23:23
**mentioned** 14:4 28:14
**Miami** 9:2,14 10:12 12:21, 25 25:19 26:1,8 30:10
**MIAMI-DADE** 3:1
**minutes** 22:19 27:17
**more** 4:21 22:19 28:13
**most** 8:3
**move** 5:24 8:9
**Mr** 3:17 4:10, 14 6:3,7,10, 11,18,20,21 10:1,5 11:16, 20 12:1,2 15:15,20 16:1,2 18:2 19:25 20:14, 21 21:13,20 22:6,9,10,17, 19 23:2,3,14 24:17 25:8, 15,23 26:5,13 27:16,21 28:3

29:9,12,22
30:7,14,20
31:1,11,13
32:1,3,7
**Ms** 3:19 6:11, 14 8:11 10:23 11:7 15:9,12 17:20,24 19:14,17 20:8,17 21:8, 17 22:8,12,16 23:10 24:14 25:4,11,20 26:2,10 27:20,23 28:2 29:7,18 30:4, 11,17,23 31:8,12
**much** 22:23 23:3 24:4
**my** 4:11,14,22 24:23 27:17

---

**N**

**name** 3:15 4:11 5:17 7:17 11:12 13:9 18:23 21:10 28:22 29:2,4
**named** 10:16 11:13 17:9,15 19:3,4 20:25 29:16
**need** 5:10 22:19,22 31:21
**new** 13:10,12, 21 14:1,7,9
**newly** 13:13
**next** 18:14 24:23
**no** 3:10 7:14 8:20 9:11 14:24 16:8 19:9 22:12 27:2,7,21

28:21 30:21
31:4,11
**nods** 5:5
**None** 14:18,20
**nonpayment** 24:22
**nonverbal** 5:4
**not** 3:5 7:11, 13 8:16,24 9:16 12:11 14:6,12 15:13 16:7,18 23:21 24:25 25:1 26:16 27:2,15 28:21 29:3 30:22 31:4,6 32:6,7,11
**Notary** 3:22
**notes** 27:17
**nothing** 4:3 8:19
**notice** 6:22, 23 8:10
**November** 7:21
**now** 6:3 8:11 13:19 32:1
**number** 5:22 6:7,8 9:19 11:5,20,22 12:17 13:25 14:3 15:7,22, 23 16:14,22, 25 17:3,6 18:5 23:4,17 24:8,13 25:3, 10 29:15,20, 25
**numbers** 9:25 13:19

---

**O**

**oath** 3:7,8
**object** 15:9 19:14,19 20:8,17 21:8, 17 23:10 24:14 25:4,

11,20 26:2,10
29:18 30:4,
11,17,23 31:8
**Objection** 17:20
**objections** 3:12
**obtain** 20:22
**obvious** 5:5
**obviously** 8:13 32:3
**occasionally** 19:19
**of** 3:7,13,18, 23 4:12,19, 24,25 5:1,6, 7,20 6:22,24, 25 7:1,5,7, 21,24 8:2,3,9 9:13,16,20 12:3,5,11 13:3,5,10,12, 15,22,25 14:8,18,20,22 15:3,6 16:16, 17,19,25 17:3,8,14 18:10,12 19:4,13,19 20:1,15 21:5, 15,25 22:8, 10,20 23:20, 24,25 24:13 25:2,25 26:15,16,17, 18,24 27:1,3, 6,9,10,13,15, 23 29:9 30:16 32:10
**off** 22:7 31:25 32:1
**office** 7:13 8:4,25 14:24 15:14,18 18:16,19
**often** 18:19
**Oh** 16:9

Okay  4:18
 5:15,16,20
 6:2,6,19,21
 7:4,10,12,15,
 20,22 8:6,9,
 20 9:1,6,9,
 12,20 10:4,6,
 9,13,18,21,24
 11:16,19,24
 12:9,13,14
 13:10,17,23
 14:15,21
 15:3,6,13,19
 16:5,6,13,16,
 20 17:2,6,12,
 18 18:13,15,
 18,22 19:2,
 10,22 20:1,15
 21:6,14,21,24
 22:6,16 23:3,
 7,17,23 24:4,
 12,18 25:2
 26:20,24
 27:16,19,21,
 22 28:14,19
 29:7 30:21
 31:5,11,24
 32:1,2,8
on  3:15,17
 4:12 5:24
 6:25 7:9
 8:17,24 10:16
 15:17 17:1,9,
 13,15 18:11
 19:3,4,12,23
 23:7 24:7,8
 26:18 27:9
 28:24,25
 29:4,5,16,20
 30:3
one  9:11,16,
 17 10:15,16,
 21 11:10,11
 13:8,21 20:4
 26:17 27:16
only  5:11
 21:5
open  6:16

opening  10:7
opportunity
 6:13 12:3
 16:3 31:14
or  4:1 5:8,9
 6:16 8:21
 10:25 13:13
 17:18 18:8
 20:12 23:21
 26:25 27:16
 29:2 31:18,21
Order  3:10
ordered  28:11
 31:13
other  8:15,18
 13:15,21 14:4
 16:18 20:22
 23:21 27:8,12
otherwise
 19:21
our  8:1,17,24
 14:25 15:17
 24:20 29:23
out  10:15
 17:18 24:18
 31:14
outside  8:2
 21:5
over  8:16
 11:14 20:3
 22:11 27:18
owner  25:25
 30:16

_____

P

P-A-L-M-E-T-T-
O  10:12
P-A-L-M-E-T-T-
O-N  10:14
p.m.  3:2
 22:24,25
 32:13
page  5:25
 12:11 13:23,
 24 17:7,8,12,
 14 18:11 19:4
 23:5 24:7,8

pages  32:6
paid  23:4,8,
 25 24:12,19,
 25
Palmetto  4:13
 9:2,14,23
 10:11 11:13
 12:20,24
 17:17 25:18
 26:1,8 28:23
 29:2 30:10
Palmetton
 10:13,16
 11:13 17:11
 28:23 29:2,17
 30:2
participating
 3:4
parties  3:11
parts  12:19
pay  24:2 25:7
payments  25:2
PDF  5:20,21
PDFS  16:10
pending  5:12
Perfect  22:16
 27:20 32:8
performed
 28:4
performs
 26:18
period  10:18
 11:2 12:6
 13:2
periods  28:23
person  3:8
 7:15 18:18,22
personal  29:1
perspective
 14:15
pertinent
 4:21
phone  20:3,12
physically
 3:5 18:4
Placement
 15:2

plaintiff's
 6:8 11:22
 15:23
Plaintiffs
 3:18
please  3:14
 4:22 5:3,8,17
 11:6,15 19:21
point  10:21
points  8:4
policies  9:2,
 10,13 14:4,13
 18:19
policy  7:12
 8:13,14 9:7,
 9,17,18,20,
 24,25 10:19
 11:1,5,9,10,
 11 12:5,11,
 12,14,17
 13:2,5,10,12,
 13,14,19,21,
 22,24 14:3,7,
 9,17,23,25
 15:7,16
 16:14,22
 17:3,14,15,19
 18:4,10 19:5,
 12 20:20
 21:3,16 22:1
 23:4,20 24:2,
 7,12,13,19,25
 25:3,10,24
 26:15 27:1,3,
 6,10,14 28:9,
 16,18,22,23
 31:5
possession
 8:5
possible
 20:11
pre-policy
 8:20,22
premium  21:22
 22:4 23:3,8
 24:13,19,25
 25:2,19 26:9
 28:10

premiums
  30:8,22 31:3,
  7
prepared  7:6,
  8
present  3:5
prior  9:1,10,
  18,20 10:25
  13:22 14:13
  15:7 21:12,15
  26:15 27:1,13
probably  8:3
  10:21 19:23
  28:11
problem  22:12
processed
  29:5
producer
  11:12
property
  9:14,21 10:11
  13:6 25:18,25
  26:7 30:9,16
protocol  23:8
provide
  25:14,17 26:6
  30:15
provided  8:11
  23:5
providing
  4:23 9:7 22:3
Public  3:23
purpose  20:15
pursuant  3:9
Pye  3:17
  4:10,12 6:3,
  7,10,18,20
  10:5 11:16,20
  12:1 15:15,20
  16:1 18:2
  19:25 20:14,
  21 21:13,20
  22:6,9,17
  23:2,14 24:17
  25:8,15,23
  26:5,13
  27:16,21
  29:9,12,22

30:7,14,20
31:1,11 32:1,
3,7

_____

Q

question
  4:14,22 5:9,
  12,13 14:12
  19:20 24:23
questions  5:8
  27:21,22
  31:11
quick  8:17
  13:7 19:17
  27:23 29:9
quickly  12:8
quote  14:25
  20:20 22:3
quoted  28:9

_____

R

R-I-V-E-R-A
  19:1
read  31:14,
  19,20,21,23
reading  32:10
real  8:17
  13:7
really  19:17
rear  12:23
reason  13:17
  14:6 24:24
  28:19 30:21
  31:2
reasons  5:5
receive  14:22
  15:6 23:24
  24:21 30:22
  31:7
received
  22:13 28:12
receiving
  21:22
recess  22:24

recommend
  31:20
record  3:15
  5:18 7:18
  22:7
red  5:22
  31:17
REDIRECT
  29:11
refer  6:4 8:3
  15:20
referring
  17:6
reflected
  24:7
refresher
  4:19
regarding
  7:7,11,24
  18:3 26:25
  27:4 29:1
reiterate
  29:14
relationship
  20:4
remaining
  32:6
remotely  3:1,
  6,9
renewal
  13:13,15,25
repeat  5:9
rephrase  5:9
  14:21 25:16
report  8:21
REPORTED  3:1
reporter  3:3,
  22 4:1,24 5:6
  6:3,6 10:1,4
  11:17,19,24
  15:20 31:24
  32:2,5,8
reporting
  3:6,13
reports  8:22
representative
  6:25

request  8:11
requested
  6:24 8:15
requirement
  15:14
returned  31:3
review  6:12
  12:3 16:3,5
  21:3 27:17
reviewed  7:1,
  23
reviewing
  21:15
right  4:11
  5:23 6:1 9:12
  12:17 13:11
  16:18 17:4
  19:5 20:23
  21:16 28:16
  29:7,17 30:3,
  10,16,19,22
  31:7,18 32:4,
  6
Risk  15:2
Rivera  18:23,
  25
room  3:5
roundabout
  21:25
RPN  28:4
RPS  8:7 15:1,
  6 16:17 17:25
  18:4 19:11,22
  21:6,14,21
  23:16,18,25
  24:1 25:7
  26:18,21 27:9
  28:5,6
RPS's  14:24
rules  4:20

_____

S

said  15:17
  16:8,9 31:16
same  5:25
  10:8 14:13

| | | | |
|---|---|---|---|
| Sandelis 3:22 | sic 28:4 | spoken 20:6 | technicality |
| saw 29:3 | signed 28:12 | Springs 9:2, | 14:8 |
| say 10:1 | signing 32:10 | 15 10:12 | teleconference |
| 13:18 31:21 | since 14:9 | 12:21,25 | 4:20,25 |
| says 14:1 | six 7:4 8:4 | 25:19 26:1,8 | term 13:22 |
| Schedule 6:23 | 11:17 | 30:10 | 28:25 29:5 |
| 7:1 8:10,16 | small 12:23 | stack 29:23 | terms 27:13 |
| Scottsdale | 22:6 | stamped 5:22 | testified 4:7 |
| 6:25 7:20 | so 4:25 5:20 | 6:4 11:18 | testify 7:6, |
| 9:13,21 11:1 | 6:13,17 7:4, | 12:4,10 13:24 | 8,24 |
| 12:5,15 13:6 | 12,22 8:1,20 | 15:21 16:4 | testimony 4:2 |
| 14:16,22 | 9:12 10:6,21, | 17:7,12 24:8 | than 8:18 |
| 15:4,16 16:23 | 23 11:3,14 | 29:24 | 14:3 16:18 |
| 17:19 18:19 | 13:20 14:12, | start 4:23 | 23:19 |
| 19:13 21:3 | 21 15:19 | state 3:23 | Thank 6:18 |
| 23:9,15,24 | 16:24 17:18 | 5:17 | 11:15 22:16 |
| 24:12,19 | 19:2,6,21 | stating 3:14 | 32:8 |
| 25:3,17,24 | 20:5 23:12, | Stenographic | that 3:4,6,7 |
| 26:6,14,18 | 17,19,23 | 3:22 | 4:19 5:1,12, |
| 27:10,13 | 26:20 27:11 | strike 8:21 | 13,22,24 6:21 |
| 30:8,22 31:3, | 29:13,23 | submitted | 7:6,9,15,18, |
| 6 | some 18:10 | 16:17 | 22 8:2,6,12, |
| Scottsdale's | 23:13 | such 5:4 | 16,21 9:5,6, |
| 23:7 25:9 | somebody | 20:22 | 17 10:15,18, |
| search 9:23 | 19:10 31:16 | Supreme 3:10 | 22,23 11:6,8 |
| second 5:3 | something | sure 5:1,3 | 12:8,15,21 |
| 24:2 | 22:20 | 10:7 14:12 | 13:15,19 |
| seconds 5:1 | sorry 15:11 | 23:21 31:15 | 14:1,6,12,18, |
| see 18:10,11 | 16:7 17:22 | swear 4:1 | 19,20,21,24 |
| seen 16:6 | 19:16,17 28:6 | sworn 4:7 | 16:10,20 17:2 |
| send 10:22 | speak 5:3 | system 8:17 | 18:1,11,16, |
| 11:6,14 20:11 | 20:3 | 14:25 15:17 | 18,22,24 |
| 22:11,14 | speaking | | 19:7,16 |
| sent 5:20 | 22:10 | | 20:23,25 |
| 8:16 16:9,24 | specific 7:10 | ———— | 21:14 22:10, |
| separate 9:25 | 18:18 21:6,14 | **T** | 18,21 23:8, |
| 11:4 | 28:3,7 | | 13,17,19 |
| Services 15:2 | specifically | take 5:10,11, | 24:10,13,23, |
| she 7:20 | 17:7 | 13 10:21 | 24 25:13 |
| 10:23 | speculate | 14:16 19:11 | 26:16,18 |
| should 19:16 | 18:8 | 22:6,17 27:16 | 27:8,9,12,15 |
| shouldn't | speculating | taken 3:21 | 28:13,16 |
| 22:22 | 18:9 | 22:24 | 29:5,16,21 |
| show 13:8 | spell 5:17 | taking 4:20 | 30:3,21 31:2, |
| shows 16:25 | 7:18 18:24 | tasked 21:15, | 5,6,14,15,18, |
| 30:2 | spoke 21:25 | 21,24 22:1,3 | 20 |
| | | tasks 26:17 | that's 4:23 |
| | | 27:8,12 28:3, | 5:23 6:4 9:11 |
| | | 7 | |

11:10 13:8
19:3,4 21:19
22:22 23:8
30:6
**their** 3:11
8:4 15:14,18
30:15
**them** 16:9
20:6,11 22:11
**then** 5:13
19:12 20:12
24:2 27:17
**there** 4:24
7:4,22 8:15,
22,24 9:1,4,
12,18 12:19
13:20 14:9,13
18:18 19:2
24:18 26:20
27:8,12
28:13,14
**there's** 5:12
6:15 8:18,20
9:16 11:10
12:23 18:14
21:10,11,12
23:13
**Thereupon** 4:5
**these** 7:7 8:4
11:8 14:3
16:6,11,13
23:21
**they** 3:7 8:3,
24 11:9 14:24
15:3,5 20:3,
6,7,10,11
21:24 22:1,3
23:13,15,16,
20,21 24:2
28:8,9,10,11
**they're** 27:2
**things** 21:14
**think** 7:10
28:14 29:7
**this** 3:4,6,9,
12,19 4:13,20
5:5,21 6:22
7:7 8:9,10,15

9:17,21 10:16
11:1 12:14
13:2,5,6,8,
10,13 14:3,
16,23 15:16
16:12,16 18:4
21:25 22:20
24:12,19,25
25:24 27:10,
14 28:4,8
29:13,25
30:16 31:13
32:10,12
**those** 6:7,12
10:3 11:14,20
12:3 15:22
16:10 18:20
21:14 22:9,
13,14,18
**through** 5:2,
24 6:4 9:15,
22 11:2,18
12:4,7,8
15:21 16:4
29:23
**time** 4:17 5:7
22:18,20,23
**titled** 30:1
**to** 3:9,11,12
4:2,13,18
5:11,10,23
6:4,13,23,25
7:6,8,23 8:3,
10 9:7,14,17
10:7,20,22,23
11:4,6,13,14
12:3,9,10,11
13:4,18,22,
23,24 14:6,
12,25 15:7,9,
16,21 16:3,5,
14,17,24
17:6,12,20
18:8,9,14
19:12,14,19
20:8,17,20,22
21:8,10,15,17
22:11,24
23:3,5,8,10,

12,25 24:14,
18,24 25:2,4,
11,13,14,17,
20,24,25
26:2,6,10,15
27:1,13,16,
17,18 28:15,
23,24,25
29:2,4,14,18,
25 30:4,11,
15,16,17,21,
23 31:2,8,14,
17,19,21
**today** 4:21
12:12
**today's** 26:24
**told** 13:16
**too** 21:10
22:23
**top** 13:25
**topics** 7:4
**total** 24:10
**transcript**
31:13,15
**trouble** 6:16
**truth** 4:2,3
**two** 9:25
12:19 13:15
14:4,13 27:17
**type** 19:12
20:1
**types** 17:18
**typically**
23:17

---

**U**

**Uh-huh** 14:11
**under** 10:13
11:4 13:8
**understand**
5:7
**underwriter**
7:13
**underwriting**
14:15 23:7
26:14,17,20

27:5,13
**unless** 19:20
29:8
**until** 4:22
**up** 9:19,24
19:12 20:12
31:21
**upper** 16:18
**ups** 27:24
29:10
**us** 5:10 8:3
20:19 25:7
**use** 14:24
20:7
**uses** 18:19

---

**V**

**value** 21:11
**verbalize** 5:4
**video** 3:21
5:2 32:10,12

---

**W**

**wait** 4:22
**waive** 3:12
31:18,22
**waived** 32:11
**want** 12:10
18:9 29:13
**was** 4:7 6:8
7:13,14,17
9:5,18 10:13
11:22 13:13,
18 14:9 15:23
16:10,17,22
17:1 22:10,24
23:3,23
24:12,19,23,
25 25:9 26:20
28:14,17,24
29:5 30:15
31:5 32:11,12
**way** 5:24
24:18

we   5:23,24
  6:24 8:1 9:11
  11:16 12:6
  15:20 17:12,
  13 20:4 21:24
  22:6,17,18
  23:19,22
  24:21 27:2
  29:13,23
we'll   5:11,13
  10:21 12:9
  32:3
we're   4:19
  12:11 32:1,7
we've   6:21
well   9:5 11:7
  18:9 22:21
  28:9
were   9:12
  10:25 14:13
  17:13
what   7:10
  10:18 13:2
  14:16 16:8,
  11,16,22
  17:9,15
  18:10,17
  20:1,15 21:6
  23:23 25:9
  28:3
What's   14:19
  29:20
when   6:13
  7:12,20 12:2
  16:3,9 22:14
  28:22
where   13:25
  20:19
which   6:23,24
  12:10,23
  15:17 16:4
  17:2,7,13
  20:4 24:2
  28:23 29:14
who   7:14,15
  8:6 15:1
  17:18 18:3,6,
  16,19,22

19:11 25:2,7
Who's   7:15
whole   4:3
why   22:17
  29:2
will   3:6,8
  4:2 5:8 22:21
  23:17
with   6:16
  7:14 8:14
  9:6,24 11:9,
  11 13:18
  20:5,6,12
  21:15,21,24
  22:1,3 27:10
WITNESS   3:16
  4:4 6:19 10:3
  15:11,13
  17:23,25
  19:16,22
  20:10,19
  21:10,19
  22:15,22
  23:12 24:16
  25:6,13,22
  26:4,12 29:20
  30:6,13,19,25
  31:10,23
would   7:21,22
  15:13 17:25
  18:8 19:10,
  11,22 20:7,10
  23:19,20
  24:10,20,21,
  22 25:7 26:21
  28:11 31:6
written   31:14
wrote   31:17

─────────────
         Y
─────────────

Yeah   7:3 10:3
  13:8 22:12,15
  25:16 29:9,23
yes   3:16 5:19
  9:8 10:11
  11:3 14:5
  15:5 16:15

17:24 18:21
19:6,22 21:2,
23 22:2,5
24:10 25:22
26:4,12,19
32:5
yet   22:13
you   4:1,2,14,
  18,23,24 5:1,
  3,7,10,12,17
  6:3,11,13,15,
  18 7:1,6,10,
  18,23 8:12,16
  9:5,9,12,20
  10:1,10,15,
  22,25 11:6,15
  12:2,10
  13:12,16,23
  14:4,6 15:10,
  12 16:2,6,8,
  16,24 17:22,
  24 18:3,8,9,
  10,11,24
  19:7,15,20,21
  20:9,18 21:9,
  18 22:9,13,
  14,16,19,20
  23:5,11,15,23
  24:15,24
  25:5,12,21
  26:3,11,24
  27:4,18,22
  28:3,14,19
  29:1,8,19
  30:5,12,18,
  21,24 31:2,9,
  13,16,17,18,
  20,21 32:3,9
you'll   18:11
you're   11:8
  31:24 32:6
you've   12:3
  16:3
your   3:14,15
  4:23 5:4,17
  6:17