IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PALMETTO 241 LLC, CHARLES
CISNEROS AND GRISET CISNEROS,   CASE NO.: 1:19-cv-22195-BLOOM/Louis

    Plaintiffs,
v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

### THIRD NOTICE OF TAKING DEPOSITION DUCES TECUM OF DEFENDANT'S DESIGNATED UNDERWRITING CORPORATE REPRESENTATIVE(S) PURSUANT TO RULE 30(b)(6), FEDERAL RULES OF CIVIL PROCEDURE VIA TELECONFERENCE

*A WEB LINK WILL BE PROVIDED BY US LEGAL THE DAY BEFORE THE DEPOSITION TO ALL PARTICIPANTS TO THEIR ELECTRONIC MAIL ADDRESSES*

**PLEASE TAKE NOTICE** that Plaintiffs through the undersigned counsel will take the deposition, by oral examination of the following person(s) per Rule 30(b)(6), Federal Rules of Civil Procedure as indicated below or at such other location, time, and date as is mutually agreed upon by counsel or order by the Court, before an associate or deputy court reporter who is not counsel to the parties or interested in the events of this cause:

| NAME | DATE/TIME |
|---|---|
| Any and all witnesses designated as the Underwriting corporate representative(s) for Defendant per Rule 30(b)(6) regarding the topics and subjects listed on Schedule "A" and documents listed on Schedule "B", and individually regarding all claim information regarding Plaintiffs' claim and predicate information within their personal knowledge. | April 17, 2020 at 2:00 P.M (EST) |

001  EXHIBIT PLF 1

Upon oral continuation before U.S. Legal Court Reporting, a Notary Public in and for the State of Florida at Large, or some other officer authorized by law to take depositions. The deposition will continue day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing or for such other purposes as are permitted under the applicable and governing rules.

The deponent(s) is/are directed to produce for inspection or copying at the time of deposition the documents called for in the attached Schedule "B".

In an effort to expedite the deposition(s), Plaintiffs' counsel requests that the requested documents responsive to Schedule "B" be produced at least ten (10) days before the date of the deposition(s), to allow the parties to conduct the deposition quickly and efficiently. This will eliminate the need for Plaintiffs' counsel having to review the documents for the first time at the deposition(s) with the deponent(s). Plaintiffs will reimburse deponent(s) for all reasonable costs associated with producing the requested documents prior to the depositions.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on this 31st day of March, 2020 via E-Mail as follows:

Respectfully submitted,

*s/ Frederick J. Pye III, Esq.*
Frederick J. Pye III, Esq.
Florida Bar No. 124221
fpye@forthepeople.com
blargaespada@forthepeople.com
Morgan & Morgan, P.A.
703 Waterford Way, Suite 1050
Miami, FL 33126
(305) 929-1921– Phone
(305) 929-1939– Fax
Attorney for Plaintiffs, Palmetto LLC 241, Charles Cisneros, and Griset Cisneros

**SERVICE LIST**

Erin R. Kreiser, Esq.
pleadings@rocklawpa.com

ekresier@rocklawpa.com
rdejesus@rocklawpa.com
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL  32751
Tel: (407) 647-9881
Fax: (407) 647-9966
Attorneys for Defendant
Scottsdale Insurance Company

US Legal Support (305) 373-840

**UNDERWRITING CORPORATE REPRESENTATIVE**
**SCHEDULE "A"**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant must designate one or more officers, directors, managing agent, or persons to testify at deposition on Defendant's behalf regarding the following matters:

1) The Corporate Representative with knowledge of the contact information, experience, and curriculum vitae of all persons who inspected the property located at 241 Palmetto Drive, Miami Springs, Florida 33166 for underwriting purposes.

2) The Corporate Representative with knowledge of any inspections of the property located at 241 Palmetto Drive, Miami Springs, Florida 33166 for underwriting purposes.

3) The Corporate Representative with knowledge of the guidelines used by the Defendant's underwriting department.

4) The Corporate Representative with knowledge of the Dwelling Fire Application submitted by Dopazo & Associates, Inc. in connection with a requesting for insurance coverage for 241 Palmetto Drive, Miami Springs, Florida 33166.

5) The issuance and renewal of each and every property insurance policy Defendant issued to Plaintiffs regarding 241 Palmetto Drive, Miami Springs, Florida 33166.

6) All materials relied on by Defendant in issuing and renewing any insurance policy issued to Plaintiffs regarding 241 Palmetto Drive, Miami Springs, Florida 33166.

Pursuant to Rule 30(b)(6), the person(s) so designated shall testify about the above matters that are known or reasonably available to Defendant.

**SCHEDULE "B"**

The person(s) so designated by Defendant shall also produce at the deposition the following documents:

1) All applications for insurance in connection with 241 Palmetto Drive, Miami Springs, Florida 33166.

2) All materials relied on by Defendant in issuing and renewing any insurance policy issued to Plaintiffs regarding 241 Palmetto Drive, Miami Springs, Florida 33166. All photographs should be in their native digital format.

3) All materials contained in Defendant's underwriting file(s) with regard to Plaintiffs policy(s) regarding 241 Palmetto Drive, Miami Springs, Florida 33166. All photographs should be in their native digital format.

In an effort to expedite the deposition, Plaintiffs' counsel requests that the requested documents hereinabove be produced at least ten (10) days before the date of the deposition, to allow the Parties to conduct the deposition quickly and efficiently. This will eliminate the need for Plaintiffs' counsel having to review the documents for the first time at the deposition(s) with

deponent(s). Plaintiffs will reimburse deponent(s) for all reasonable costs associated with producing the requested documents prior to the depositions.